

101 Park Avenue, 17th Floor
New York, NY  10178
212.878.7900   212.692.0940
WWW.FOXROTHSCHILD.COM


ANDREW M. J. BERNSTEIN
Direct No: 212.450.9843
Email: abernstein@foxrothschild.com

April 19, 2024

**BY ECF**

Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                RE:    **USA v. Pablo Hernandez Rodriguez**
                         **23-CR-509 (JHR)**

Dear Judge Rearden:

As the Court is aware I am the CJA-appointed counsel for the defendant, Pablo Hernandez Rodriguez, in the above-captioned matter. I write to inform the Court that Mr. Hernandez Rodriguez is requesting the Court appoint him new CJA counsel.

Mr. Hernandez Rodriguez requests that I be relieved as his counsel and the Court assign him new counsel as there has been a breakdown in communication and the attorney-client relationship has become irreconcilably broken. I join in Mr. Hernandez Rodriguez's request.

Notwithstanding the above, Mr. Hernandez Rodriguez has also requested I inform the Court that he has received the Court's decision regarding his recent bail application (*See* ECF Doc. No. 42) and that he has reviewed and discussed it with me. Mr. Hernandez Rodriguez wants the Court to know he is in great pain and believes that the care he is receiving from the Bureau of Prisons at the Metropolitan Detention Center is wholly inadequate and requests that he be given a bail hearing without further written submission.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington



If the Court believes an in-person hearing is necessary to rule on Mr. Hernandez Rodriguez's request for new counsel to be appointed, I note that I am unavailable on the following upcoming dates:
- April 22, 23, 25, and 30
- May 2, 8, and 9

If the Court has any questions, please feel free to contact my office.

Thank you.

Respectfully Submitted,

Andrew M. J. Bernstein, Esq.
*Partner*
FOX ROTHSCHILD LLP

*Counsel for defendant Pablo Hernandez Rodriguez*