UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PABLO HERNANDEZ RODRIGUEZ,

Defendant

1:23-CR-0509 (JHR)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Eugene Ingoglia of Allen Overy Shearman Sterling US LLP, a member of this Court in good standing, hereby enters an appearance as counsel for Defendant Pablo Hernandez Rodriguez in the above-captioned matter. I respectfully request that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned.

Dated: New York, New York
       June 5, 2024

Respectfully submitted,

ALLEN OVERY SHEARMAN STERLING US LLP

By:  /s/ Eugene Ingoglia
     Eugene Ingoglia
     1221 Avenue of the Americas
     New York, NY 10020
     Tel: (212) 610-6300
     Email: eugene.ingoglia@aoshearman.com

     *Attorney for Defendant Pablo Hernandez Rodriguez*