

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 8, 2024

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 50.

SO ORDERED.

*[signature]*
Jennifer H. Rearden, U.S.D.J.
Date: June 8, 2024

**VIA ECF & EMAIL**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Hernandez-Rodriguez,* **23 Cr. 509 (JHR)**

Dear Judge Rearden:

    The Government writes in response to the Court's order dated June 5, 2024, directing the Government to respond to the defense's motion appealing Judge Figueredo's decision to detain defendant Pablo Hernandez-Rodriguez no later than June 13, 2024.  ECF No. 48.  The undersigned respectfully requests a one-week extension of the Government's deadline to respond.  The undersigned begins a trial before the Honorable Jed S. Rakoff on Monday, June 10, 2024.  The trial is expected to last approximately two weeks.  The defense consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: *[signature]*
    Brandon C. Thompson
    Assistant United States Attorney
    (212) 637-2444