# A&O SHEARMAN

*Application GRANTED. Defendant's change-of-plea proceeding is adjourned to October 10, 2024 at 11:30 a.m.*

*The Clerk of Court is directed to terminate ECF No. 76.*

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Date: September 30, 2024*

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

September 26, 2024

Allen Overy Shearman Sterling US LLP
1221 Avenue of the Americas
New York, NY 10020

| | |
|---|---|
| Tel | +1 212 610 6300 |
| Fax | +1 212 610 6399 |
| Direct line | +1 212 610 6369 |
| eugene.ingoglia@aoshearman.com | |

**Re:** *United States v. Pablo Hernandez-Rodriguez*, 23-cr-00509-JHR-2

Dear Judge Rearden,

We write on behalf of Defendant Pablo Hernandez-Rodriguez ("Mr. Hernandez") regarding the change of plea hearing scheduled for Monday September 30, 2024 in the above captioned case. After conferring with the Government, we write to respectfully request an adjournment of the change of plea hearing to Thursday October 3, 2024 or Friday October 4, 2024 at 11am, or such time as is convenient for the Court. The requested adjournment is to allow the parties to continue exploring a potential resolution to this case. This is the parties second request for an adjournment of this hearing. The Court granted the parties first request for adjournment on September 20, 2024. ECF No. 73. The Government consents to the request.

Respectfully,

**Eugene Ingoglia**
Partner

Allen Overy Shearman Sterling US LLP is a limited liability partnership organized under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763 and with its registered office at One Bishops Square, London E1 6AD. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications. A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD.
Allen Overy Shearman Sterling US LLP is an affiliate of Allen Overy Shearman Sterling LLP. Allen Overy Shearman Sterling LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Austin, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dallas, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Houston, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Riyadh, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Toronto, Warsaw, Washington, D.C.