UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PABLO HERNANDEZ-RODRIGUEZ,

Movant,

- v. -

UNITED STATES OF AMERICA,

Respondent.

25 Civ. 9802 (JHR)

23 Cr. 0509-02 (JHR)

ORDER OF DISMISSAL

JENNIFER H. REARDEN, District Judge:

Movant Pablo Hernandez-Rodriguez, proceeding *pro se*, brings a second motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence.  ECF No. 1.[1]  Before filing his first such motion, *see United States v. Guerrero, et al.*, No. 23 Cr. 0509 ("Crim Dkt."), ECF No. 121, Movant appealed his conviction and sentence to the Second Circuit, *see id.*, ECF Nos. 83, 117.  Movant's direct appeal remains pending.  *See United States v. Hernandez-Rodriguez*, No. 25-401 (2d Cir.).

Except for the date, the instant application is identical to Movant's first motion pursuant to 28 U.S.C. § 2255, filed on October 3, 2025.  Crim Dkt., ECF No. 121.  The Court denied that motion without prejudice as premature on November 10, 2025, because it was "filed during the pendency of a direct appeal."  *See Hernandez-Rodriguez v. United States*, No. 25 Civ. 8850, ECF No. 4 (S.D.N.Y. November 10, 2025) (quotations and citations omitted); Crim Dkt., ECF No. 122.  For the same reason, the Court denies Movant's current motion without prejudice to refiling following adjudication of his appeal.  *See, e.g.*, *United States v. Jiau*, 536 F. App'x 140, 141 (2d Cir. 2013) ("[C]oncerns for judicial economy generally counsel against adjudicating

---

[1] Movant is currently incarcerated at the Federal Correctional Institution in Oakdale, Louisiana.

such motions.") (summary order); *Odom v. United States*, No. 16 Civ. 5360, ECF No. 3 (S.D.N.Y July 13, 2016) ("[D]istrict courts in this Circuit have generally denied without prejudice as premature those § 2255 motions that are filed during the pendency of a direct appeal.").

## CONCLUSION

The motion pursuant to 28 U.S.C. § 2255 is hereby denied without prejudice as premature.

Because the present motion makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this Order to Movant and to note service on the docket. The Clerk of Court is further directed to close this case.

SO ORDERED.

Dated:    December 8, 2025
          New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2